## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>PHYSIOTHERAPY CORPORATION<br><br>vs.<br><br>RICHARD W. RAUSH, | Case Number:<br><br>FILED: MAY 6, 2008<br>08CV2605    PH<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PHYSIOTHERAPY CORPORATION

| |
|---|
| NAME (Type or print)<br>Daniel E. Tranen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  Daniel E. Tranen |
| FIRM<br>Wilson Elser Moskowitz Edelman & Dicker, LLP |
| STREET ADDRESS<br>120 North LaSalle Street, Suite 2900 |
| CITY/STATE/ZIP<br>Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6244878 | TELEPHONE NUMBER<br>312-704-0550 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |