IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHYSIOTHERAPY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD W. RAUSCH, SOVEREIGN REHABILITATION OF ILLINOIS, LLC, d/b/a RAUSCH REHABILITATION SERVICES, INDEPENDENT PHYSICAL THERAPY NETWORK, or SOVEREIGN PHYSICAL THERAPY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | FILED: MAY 6, 2008 <br> 08CV2605     PH <br> JUDGE GETTLEMAN <br> MAGISTRATE JUDGE NOLAN <br><br> Case No.:_____ |

## Plaintiff's L3.2 Disclosure Statement

Plaintiff Physiotherapy Corporation submits, in compliance with Local Rule L3.2, that it is not publicly held and has no publicly held affiliates owning more than 5% of Physiotherapy Corporation.

This 6th day of May 2008.

/s/Daniel E. Tranen
Daniel E. Tranen

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle Street - 26th Floor
Chicago, IL  60602
(312) 704-0550
Firm ID 27797

and,

BODKER, RAMSEY ANDREWS

WINOGRAD & WILDSTEIN, P.C.

Harry J. Winograd
Georgia Bar No. 770926
Robert E. Rigrish
Georgia Bar No. 605573
One Securities Centre
3490 Piedmont Road, Suite 1400
Atlanta, Georgia 30305-4808
(404) 351-1615