## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2605 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Physiotherapy Corp.   vs   Richard W. Rausch | | |

**DOCKET ENTRY TEXT:**

Motion [9] of Harry J. Winograd for leave to appear pro hac vice is granted
Motion [10] to correct motion [9] for leave to appear pro hac vice is granted.
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|