**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number:   1:08-CV-02605

Physiotherapy Corporation v. Richard W. Rausch, Sovereign Rehabilitation of Illinois, LLC, d/b/a Rausch Rehabilitation Services, Independent Physical Therapy Network, or Sovereign Physical Therapy

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Plaintiff Physiotherapy Corporation

| | |
|---|---|
| NAME (Type or print)  Harry J. Winograd | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/Harry J. Winograd | |
| FIRM  Bodker, Ramsey, Andrews Winograd & Wildstein, P.C. | |
| STREET ADDRESS  3490 Piedmont Road, Suite 1400 | |
| CITY/STATE/ZIP  Atlanta, Georgia  30305-4808 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  (404) 351-1615 x125 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

  RETAINED COUNSEL                                APPOINTED COUNSEL