AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Physiotherapy Corporation,
    Plaintiff,

CASE NUMBER: 08 cv 2605

V.

ASSIGNED JUDGE: Judge Gettleman

Richard W. Rausch, Sovereign Rehabilitation of Illinois, LLC d/b/a Rehabiliation Services, et al.
    Defendants.

DESIGNATED MAGISTRATE JUDGE: Judge Nolan

TO: (Name and address of Defendant)

Sovereign Rehabilitation of Illinois, LLC
801 Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Tranen
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 North LaSalle Street
Suite 2600
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_J. [signature]_
(By) DEPUTY CLERK

JUL 31 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]
DATE: 8/4/08

NAME OF SERVER (PRINT): JOSEPH REEDER
TITLE: PI

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o REGISTERED AGENT IL CORP SERV CO, 801 STEVENSON DR, SPRINGFIELD, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/4/08
Date

Signature of Server

241 MILLINGTON LN, AURORA, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.