IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
8-26-2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| PHYSIOTHERAPY CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD W. RAUSCH, SOVEREIGN ) <br> REHABILITATION OF ILLINOIS, LLC ) <br> d/b/a RAUSCH REHABILITATION ) <br> SERVICES, INDEPENDENT PHYSICAL ) <br> THERAPY NETWORK, or SOVEREIGN ) <br> PHYSICAL THERAPY, ) <br> ) <br> Defendants. ) <br> ) <br> ) | CIVIL ACTION FILE <br><br> NO. 08-CV-2605-RWG <br><br> JUDGE ROBERT W. GETTLEMAN |

## DESIGNATION OF LOCAL COUNSEL

Wade Malone and Nelson Mullins Riley & Scarborough LLP designate Michael Weininger, 30 North LaSalle Street, Suite 3520, Chicago, Illinois 60602, a member of the bar of this Court, having offices within this district, as local counsel pursuant to Local Rule 83.15(a).

This 25th day of August, 2008.

S. Wade Malone, Esq.
Georgia Bar No. 468015
Matthew T. Gomes, Esq.
Georgia Bar No. 297453
Matthew J. Simmons, Esq.
Georgia Bar No. 561107
*Attorneys for Sovereign Rehabilitation of Illinois, LLC*

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000

*Physiotherapy Corporation v. Rausch, et al.*
*Case No. 08-cv-2605*

## CERTIFICATE OF SERVICE

Under penalties as provided pursuant to 28 U.S.C. § 1746, the undersigned certifies that she caused a copy of attached Designation of Local Counsel to be served on the following by depositing a copy of same with proper postage prepaid in the U.S. Mail at 30 N. LaSalle St., Chicago, Illinois before 5:00 p.m. on August 26, 2008:

Daniel E. Tranen
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 N. LaSalle St., Suite 2600
Chicago, IL 60602

Harry J. Winograd
Bodker Ramsey Andrews Winograd & Wildstein, P.C.
One Securities Centre
3490 Piedmont Road, Ste. 1400
Atlanta, GA 30305-4808

*Attorneys for Plaintiff Physiotherapy Corporation*

Anthony C. Valiulis
Cassandra M. Crance
Much, Shelist, Freed, Denenberg, Ament & Rubenstein, P.C.
191 N. Wacker Dr., Suite 1800
Chicago, IL 60605-1615

*Attorneys for Richard W. Rausch and Independent Physical Therapy Network*

[signature]

12598