UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Physiotherapy Corporation
                              Plaintiff,

v.                                         Case No.: 1:08−cv−02605
                                               Honorable Robert W. Gettleman

Richard W. Rausch, et al.
                              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, ) Mailed notice.

Dated: September 8, 2008

                                                                                 /s/ Robert W. Gettleman

                                                                                 United States District Judge