IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHYSIOTHERAPY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD W. RAUSCH, SOVEREIGN )<br>REHABILITATION OF ILLINOIS, LLC )<br>d/b/a RAUSCH REHABILITATION )<br>SERVICES, INDEPENDENT PHYSICAL )<br>THERAPY NETWORK, or SOVEREIGN )<br>PHYSICAL THERAPY, )<br>)<br>Defendants. )<br>)<br>) | CIVIL ACTION FILE<br><br>NO. 08-CV-2605-RWG<br><br>JUDGE ROBERT W. GETTLEMAN |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 3.2., Sovereign Rehabilitation of Illinois, LLC[1] provides the following Corporate Disclosure Statement. Sovereign Rehabilitation of Illinois, LLC is a wholly-owned subsidiary of Sovereign Rehabilitation, LLC, a Tennessee limited liability company. No publicly held company owns 10% or more of Sovereign Rehabilitation of Illinois, LLC's membership interests.

---

[1] Respectfully, Plaintiff has incorrectly attributed several trade names ("d/b/a" names) to Sovereign Rehabilitation of Illinois, LLC, none of which are currently being used and in fact have never been adopted or used by Sovereign Rehabilitation of Illinois, LLC. A responsive pleading was filed on behalf of Richard W. Rausch and Independent Physical Therapy Network on July 2, 2008. The Registered Agent for Sovereign Rehabilitation of Illinois, LLC was served on August 4, 2008. This Corporate Disclosure Statement is filed on behalf of Sovereign Rehabilitation of Illinois, LLC.

This 9th day of September, 2008.

/s/ Michael Weininger
Michael Weininger
(312) 704-0550
Atty No. 2966271
Firm ID 27797
*Attorney for Sovereign Rehabilitation of Illinois, LLC*

LUPEL WEININGER LLP
30 North LaSalle Street
Suite 250
Chicago, Illinois 60602
(312) 845-2528

(Pro Hac Applications pending)
S. Wade Malone, Esq.
Georgia Bar No. 468015
Matthew T. Gomes, Esq.
Georgia Bar No. 297453
Matthew J. Simmons, Esq.
Georgia Bar No. 561107
*Attorneys for Sovereign Rehabilitation of Illinois, LLC*

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHYSIOTHERAPY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | |
| RICHARD W. RAUSCH, SOVEREIGN ) | NO. 08-CV-2605-RWG |
| REHABILITATION OF ILLINOIS, LLC ) | |
| d/b/a RAUSCH REHABILITATION ) | JUDGE ROBERT W. GETTLEMAN |
| SERVICES, INDEPENDENT PHYSICAL ) | |
| THERAPY NETWORK, or SOVEREIGN ) | |
| PHYSICAL THERAPY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing *Rule 7.1 Corporate Disclosure Statement* using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Daniel E. Tranen
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
120 North LaSalle Street – Suite 2600
Chicago, IL 60602

Harry J. Winograd
BODKER RAMSEY ANDREWS WINOGRAD & WILDSTEIN, P.C.
One Securities Centre
3490 Piedmont Road, Ste. 1400
Atlanta, GA 30305-4808

*Attorneys for Plaintiff Physiotherapy Corporation*

Anthony C. Valiulis
Cassandra M. Crance
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60605-1615

*Attorneys for Richard W. Rausch and Independent Physical Therapy Network*

This 9th day of September, 2008.

                SOVEREIGN REHABILITATION
                OF ILLINOIS, LLC


                By:   /s/ Michael Weininger
                    One of Its Attorneys

Michael Weininger (2966271)
Lupel Weininger LLP
30 N. LaSalle St.
Suite 3520
Chicago, IL  60602
(312) 260-7700